AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| Johnny Joe DeSilva Jr. | Case Number: 95-40014-003 |
| | USM Number: 10510-026 |
| | James Clements & Murray Bell |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) __MC__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Law Violations: Conspiracy to Distribute Cocaine & Marijuana; Interstate Communication of a Threat to Kidnap and Interstate Communication of a Threat to Injure | 8/23/2004 |

FILED FEB 8 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: __-8082__

Defendant's Date of Birth: __1975__

Defendant's Residence Address:
East Moline, IL 61244

Defendant's Mailing Address:
East Moline, IL 61244

2/3/2006
Date of Imposition of Judgment

S/Joe B. McDade
Signature of Judge

Joe B. McDade — U.S. District Judge
Name of Judge — Title of Judge

2/9/06
Date

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: Johnny Joe DeSilva Jr. | Judgment — Page 2 of 2 |
| CASE NUMBER: 95-40014-003 | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

18 months to be served consecutively to the sentence imposed in Central District of Illinois docket number 04-40080-001.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL