FILED
E-FILED
Friday, 31 March, 2006 03:32:31 PM
Clerk, U.S. District Court, ILCD

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Central District of Illinois

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| Johnny Joe DeSilva Jr. | |
| | Case Number: 95-40014-003 |
| | USM Number: 10510-026 |
| | James Clements & Murray Bell |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☒ was found in violation of condition(s) **MC** _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Law Violations: Conspiracy to Distribute Cocaine & Marijuana; Interstate Communication of a Threat to Kidnap and Interstate Communication of a Threat to Injure | 8/23/2004 |

The defendant is sentenced as provided in pages 2 through **2** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 8082

Defendant's Date of Birth: 5/17/1975

Defendant's Residence Address:
1821 14th Ave.
East Moline, IL 61244

Defendant's Mailing Address:
1821 14th Ave.
East Moline, IL 61244

2/3/2006
Date of Imposition of Judgment

s/ Joe B. McDade
Signature of Judge

Joe B. McDade — U.S. District Judge
Name of Judge — Title of Judge

2/8/06
Date

A COPY ATTEST:
JOHN M. WATERS, CLERK
BY:
s/Deputy Clerk
DEPUTY CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
2/8/06

DEFENDANT: Johnny Joe DeSilva Jr.
CASE NUMBER: 95-40014-003

Judgment — Page 2 of 2

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

18 months to be served consecutively to the sentence imposed in Central District of Illinois docket number 04-40080-001.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on March 21, 2006 to USP Big

at Brown MN, W with a certified copy of this judgment.

s/ officer
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL